1032

[No. 4717–2–III. Division Three. April 12, 1983.]

HENRY BOSMA, ET AL, *Respondents,* v. THOMAS
H. MEAR, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Yakima County, No. 78–2–01890–3, Howard Hettinger, J., entered August 3, 1981. *Reversed* and *remanded* by unpublished opinion per McInturff, J., concurred in by Roe, C.J., and Green, J.

[No. 4655–9–III. Division Three. April 12, 1983.]

KENNETH D. NEU, ET AL, *Respondents,* v. JOHN
D. ROUSE, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for Spokane County, No. 80–2–03054–4, William J. Grant, J., entered June 9, 1981. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Roe, C.J., and Green, J.

[No. 4976–1–III. Division Three. April 12, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ROGER
L. GARRETT, *Appellant.*

Appeal from a judgment of the Superior Court for Benton County, No. 81–1–00375–7, Richard G. Patrick, J., entered January 8, 1982. *Affirmed* by unpublished opinion per Munson, A.C.J., concurred in by Green and McInturff, JJ.

[No. 5534–1–II. Division Two. April 13, 1983.]

GARY SODORFF, *Appellant,* v. THE DEPARTMENT OF
SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 80–2–00558–2, Carol A. Fuller, J., entered April 16, 1981. *Affirmed* by unpublished opinion per Reed, J., concurred in by Petrich, C.J., and Worswick, J.